**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217
Email:mbigelow6401@sbcglobal.net

Attorney for Defendant
Jesse Davis

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. Cr.S-10-97 JAM |
| Plaintiff ) | |
| ) | |
| vs. ) | WAIVER OF PERSONAL APPEARANCE |
| ) | |
| ) | ORDER |
| JESSE DAVIS ) | |
| ) | |
| ) | |
| Defendant ) | |

    Pursuant to Federal Rules of Criminal Procedure, Rule 43(c)(3), defendant, Jesse Davis hereby waives the right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause except that he will agree to be personally present for any plea, sentencing or jury trial, and he agrees to be personally present in court when ordered by the court to be present.

    Defendant Davis, hereby requests the court to proceed during every absence of him which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  same as if defendant Davis were personally present and further
2  agrees to be present in court ready for hearing any day and hour
3  the court may fix in his absence.
4       Defendant Davis further acknowledges that he has been
5  informed of his rights under Title 18 U.S.C. sections 3161-3174
6  of the Speedy Trial Act, and authorized his attorney to set
7  times and delays und the Act without defendant Davis being
8  present and agrees to waive any and all time under both the
9  Sixth Amendment to the Constitution and the Speedy Trial Act
10 regarding his rights to a speedy public jury trial.
11      The original signed copy of this document shall be
12 maintained by counsel.
13
14 DATED April 30, 2010          Respectfully submitted,
15
16                               /S/MICHAEL B. BIGELOW
                                 Attorney for Defendant
17
18
19
20                               /S/ JESSE DAVIS
                                 Jesse Davis
21
22
23
24
25

-2-

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**IT IS SO ORDERED**

DATED: May 3, 2010                  /s/ John A. Mendez_____
                                    Hon. John A. Mendez
                                    Judge, U.S. District Court
                                    Eastern District, California

-3-

PDF created with pdfFactory trial version www.pdffactory.com